**BOREN, OSHER & LUFTMAN LLP**
Paul K. Haines (SBN 248226)
Email: phaines@bollaw.com
Fletcher W. Schmidt (SBN 286462)
Email: fschmidt@bollaw.com
Kristina R. Sherry (SBN 294975)
Email: ksherry@bollaw.com
222 N. Sepulveda Blvd., Suite 2222
El Segundo, California 90245
Tel: (310) 322-2220
Fax: (310) 322-2228

Attorneys for Plaintiff

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Spencer C. Skeen (SBN 182216)
Email: spencer.skeen@ogletreedeakins.com
Jennifer L. Santa Maria (SBN 225875)
Email: jennifer.santamaria@ogletreedeakins.com
Tim L. Johnson (SBN 265794)
Email: tim.johnson@ogletreedeakins.com
4370 La Jolla Village Drive, Suite 900
San Diego, CA 92122
Tel: (858) 652-3100
Fax: (858) 652-3101

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN CERON, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRINK'S INCORPORATED, a Delaware Corporation; BRINK'S GLOBAL SERVICES USA, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 15-1129-JFW (JCx)<br><br>Assigned to Hon. Judge John F. Walter<br><br>**FURTHER JOINT STATUS REPORT AND JOINT STIPULATION TO CONTINUE STAY OF ACTION** |

On July 7, 2015, this Court issued an Order staying this case for all purposes, in light of the proposed class action settlement in the matter of *Belew v. Brink's Incorporated*, Case No. Case No. 14CV1748-JAH (JLB), the Honorable John A. Houston, presiding. On September 16, 2015, this Court issued an Order continuing the stay and ordering the parties to file a further joint status report regarding the status of the *Belew* settlement by October 15, 2015, or within two business days of the Final Approval Hearing in *Belew*, whichever was sooner.

Since the filing of the parties' last Joint Status Report, the Honorable John A. Houston has not yet re-set the Final Approval Hearing in *Belew*. On October 9, 2015, the parties in *Belew* filed a Joint Motion for an Order to vacate and re-set the Final Approval Hearing, requesting that the hearing be set for November 16, 2015 at 2:30 p.m. As of the filing of this stipulation, Judge Houston has not issued any order regarding the parties' Joint Motion or the new final approval hearing date in *Belew*.

In light of the continuation of the *Belew* final approval hearing, the parties hereby stipulate to continue the stay of this Action until otherwise ordered by this Court. The parties agree to file a subsequent joint status report by November 30, 2015, or within two business days of the continued *Belew* final approval hearing, whichever is sooner.

Dated: October 15, 2015         BOREN, OSHER & LUFTMAN LLP


                                By:   _/s/ Paul K. Haines_____
                                      Paul K. Haines
                                      Attorneys for Plaintiff Dorian Ceron

Dated: October 15, 2015         OGLETREE, DEAKINS, NASH,
                                SMOAK & STEWART


                                By:   __/s/ Jennifer L. Santa Maria_____
                                      Jennifer L. Santa Maria
                                      Attorneys for Defendants

## Attestation of Holographic Signatures

I, Paul K. Haines, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: October 15, 2015          __/s/ Paul K. Haines__
                                              Paul K. Haines
                                              Attorneys for Plaintiff Dorian Ceron